# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cr-00083-APG-GWF |
| vs. | **ORDER** |
| HERBERT MORRELL, | |
| Defendant. | |

This matter is before the Court on Karen A. Connolly, Esq.'s Motion to Remove Attorney from Electronic Service List (ECF No. 501), filed on August 17, 2017.

Ms. Connolly requests to be removed from the Electronic Service List in this matter because final judgment has been entered and this case is now closed. The Court finds good cause to justify granting Ms. Connolly's request. Accordingly,

**IT IS HEREBY ORDERED** that Karen A. Connolly, Esq.'s Motion to Remove Attorney from Electronic Service List (ECF No. 501) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove attorney Karen A. Connolly, Esq. from the CM/ECF service list in this case.

DATED this 21st day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge